**B 2100A (Form 2100A) (12/15)**

# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF MISSISSIPPI

In re:  WAYMOND NOLEN                                             Case No.   13-15235
SANDRA D NOLEN

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I | Citibank, N.A., as trustee for CMLTI Asset Trust |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 13-1 |
| Fay Servicing, LLC | Amount of Claim :  $90,676.62 |
| 3000 Kellway Dr. Ste 150 | Date Claim Filed  : 05/16/2014 |
| Carrollton, TX 75006 | |
| Phone: (312)291-3781 | Phone :  (312)291-3781 |
| Last Four Digits of Acct #: 1955 | Last Four Digits of Acct #: 1955 |

Name and Address where transferee payments
should be sent (if different from above):
Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006
Phone: (312)291-3781
Last Four Digits of Acct #: 1955

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Ashish Rawat                                              Date :   01/25/2019
AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | | |
|---|---|---|
| Case Name: | WAYMOND NOLEN and SANDRA D NOLEN | ) ) ) ) ) | Case No. 13-15235<br>Judge Name: Jason D. Woodard<br><br>Chapter: 13 |

# CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 01/25/2019 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I filed Transfer of Claim.

The filing of this Transfer of Claim, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3001(e)(2) and all applicable Bankruptcy Rules.

I hereby certify that on 01/25/2019 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid

Debtor:
    WAYMOND NOLEN and SANDRA D NOLEN
    5241 JASON PATRICK RD
    HOLLY SPRINGS, MS 38635

I hereby certify that on 01/25/2019 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
    LOCKE D. BARKLEY
    6360 I-55 NORTH SUITE 140
    JACKSON, MS 39211

Debtor's counsel:
    ATTORNEY AT LAW
    KAREN B. SCHNELLER
    P.O. BOX 417
    HOLLY SPRINGS, MS 38635

All Parties in Interest
All Parties requesting Notice

By: /s/ Ashish Rawat
    Ashish Rawat, AIS Portfolio Services, LP as agent
    Transferee/Transferee's Agent