**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Waymond Nolen |
| Debtor 2 (Spouse, if filing) | Sandra D Nolen |
| United States Bankruptcy Court for the: | **Northern** District of **Mississippi** (State) |
| Case number | 13-15235-JDW |

Form 4100R

# Response to Notice of Final Cure Payment            10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Wilmington Savings Fund Society dba Christiana Trust, not individually, but solely as Trustee for NYMT Loan Trust I

**Court claim no. (if known):** 13*

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX1955

**Property address:** 5241 Jason Patrick Road
Number    Street

Senatobia, MS 38668
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on: 02/01/2019
MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition payments due:    (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding    +(b) $ _____
c. **Total.** Add lines a and b    (c) $ _____

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:    _____ MM/DD/YYYY
**\*Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this Response to Notice of Final Cure is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.**

Debtor 1 __**Waymond Nolen**_____    Case number 13-15235-JDW
First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ ___/s/Karen A. Maxcy_____    Date  __1/25/2019__
Signature

Print   __Karen A. Maxcy_____    Title  __Attorney for the Creditor__
First Name    Middle Name    Last Name

Company  __McCalla Raymer Leibert Pierce, LLC__

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  __1544 Old Alabama Road__
Number    Street

__Roswell, GA  30076__
City    State    Zip Code

Contact phone  __678-321-6965__    Email  __Karen.Maxcy@mccalla.com__

Form 4100R    Response to Notice of Final Cure Payment    page 2

| | |
|---|---|
| In Re:  Waymond Nolen<br>Sandra D Nolen | Bankruptcy Case No.:   13-15235-JDW<br>Chapter:   13<br>Judge:   Jason D. Woodard |

## CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Waymond Nolen
5241 Jason Patrick Road
Holly Springs, MS 38635-7554

Sandra D Nolen
5241 Jason Patrick Road
Holly Springs, MS 38635-7554

Karen B. Schneller                    *(served via ECF Notification)*
P.O. Box 417
Holly Springs, MS 38635

Locke D. Barkley, Trustee             *(served via ECF Notification)*
6360 I-55 North
Suite 140
Jackson, MS 39211

U. S. Trustee                         *(served via ECF Notification)*
501 East Court Street, Suite 6-430
Jackson, MS 39201

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   1/25/2019         By:   /s/Karen A. Maxcy
                (date)                  Karen A. Maxcy, Mississippi BAR NO. 8869
                                             Attorney for the Creditor