

SO ORDERED,

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                    CHAPTER 13 NO.:

WAYMOND NOLEN                                        13-15235-JDW
SANDRA D. NOLEN

### ORDER DEEMING SECTION 1322(b)(5)
### CLAIM CURRENT AND DEFAULTS ARE CURED

THIS MATTER came before the Court on Trustee's Motion to Deem Section 1322(b)(5) Claim Current and Defaults Cured after notice and an opportunity for response or objection. The Court finding that no timely responses or objections have been filed and that the Trustee's motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that Trustee's Motion to Deem Section 1322(b)(5) Claim Current and Defaults Cured shall be and is hereby granted.

IT IS FURTHER ORDERED, that the section 1322(b)(5) claim of Citibank, N.A. as trustee for CMLTI Asset Trust (Clm. #13) shall be and is hereby deemed contractually current through January 2019 with all pre-petition defaults cured from disbursements made by the Trustee.

\* Amended response date from February 21, 2018, to February 21, 2019.

IT IS FURTHER ORDERED, that any post-petition mortgage fees, expenses, or charges which were not evidenced by a timely filed Notice of Postpetition Mortgage Fees, Expenses, and Charges, shall be and are hereby disallowed, dischargeable, and may not be collected by the Creditor.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com

* Amended response date from February 21, 2018, to February 21, 2019.